1  E. Gerard Mannion (State Bar #77287)
   Email: gerry@mannionlowe.com
2  Wesley M. Lowe (State Bar # 111761)
   Email: wes@mannionlowe.com
3  Demián I. Oksenendler (State Bar #233416)
   Email: demian@mannionlowe.com
4  MANNION & LOWE
   655 Montgomery Street, Suite 1200
5  San Francisco, California  94111
   Telephone: (415) 733-1050
6  Facsimile:  (415) 434-4810

7  Attorneys for Defendant
   DEBORAH BURGETTE
8

9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12              SACRAMENTO DIVISION

13

14 ROYAL NEIGHBORS OF AMERICA,        ) Case No. 11 CV 2861-JAM-KJN
                                      )
15         Plaintiff,                 )
                                      ) **CONSENT ORDER GRANTING**
16     vs.                            ) **SUBSTITUTION OF ATTORNEY**
                                      )
17 DEBORAH BURGETTE and DOES 1-10,    )
                                      )
18         Defendants.                )
   _____    )
19

20     Notice is hereby given that, subject to approval by the court, Deborah Burgette, substitutes

21 E. Gerard Mannion, State Bar #77287; Wesley M. Lowe, State Bar # 111761; and Demián I.

22 Oksenendler, State Bar #233416, as counsel of record in place of Deborah Burgette.

23     Contact information for new counsel is as follows:

24     MANNION & LOWE

25     655 Montgomery Street, Suite 1200

26     San Francisco, California  94111

27     Telephone: (415) 733-1050

28     Facsimile:  (415) 434-4810

1

Consent Order Granting Substitution of Attorney

1  E. Gerard Mannion Email: gerry@mannionlowe.com
2  Wesley M. Lowe Email: wes@mannionlowe.com
3  Demián I. Oksenendler Email: demian@mannionlowe.com
4
5  I consent to the above substitution.
6  Dated:   December 14, 2011          By:_____/s/_____
                                            DEBORAH BURGETTE
7                                           Defendant in Pro Se
8  I consent to being substituted.
9  Dated:   December 14, 2011          By:_____/s/_____
                                            DEBORAH BURGETTE
10                                          Defendant in Pro Se
11 I consent to the above substitution.
12 Dated:   December 14, 2011          MANNION & LOWE
                                       A Professional Corporation
13
14                                     By:_____/s/_____
                                            E. Gerard Mannion
15                                          Attorneys for Defendant
                                            DEBORAH BURGETTE
16
17 I consent to the above substitution.
18 Dated:   December 14, 2011          MANNION & LOWE
                                       A Professional Corporation
19
20                                     By:_____/s/_____
                                            Wesley M. Lowe
21                                          Attorneys for Defendant
                                            DEBORAH BURGETTE
22
23 I consent to the above substitution.
24 Dated:   December 14, 2011          MANNION & LOWE
                                       A Professional Corporation
25
26                                     By:_____/s/_____
                                            Demián I. Oksenendler
27                                          Attorneys for Defendant
                                            DEBORAH BURGETTE
28

Consent Order Granting Substitution of Attorney

1  The substitution of attorney is hereby approved and so ORDERED.

2  Dated:   12/15/2011                         /s/ John A. Mendez
3                                              Hon. John A. Mendez
                                               Judge of United States District Court

C:\Documents and Settings\HVine\Desktop\11cv2861.o.121511.wpd