1   E. Gerard Mannion (State Bar #77287)
    Email: gerry@mannionlowe.com
2   Wesley M. Lowe (State Bar # 111761)
    Email: wes@mannionlowe.com
3   Demián I. Oksenendler (State Bar #233416)
    Email: demian@mannionlowe.com
4   MANNION & LOWE
    655 Montgomery Street, Suite 1200
5   San Francisco, California  94111
    Telephone: (415) 733-1050
6   Facsimile:  (415) 434-4810

7   Attorneys for Defendant
    DEBORAH BURGETTE

8

9

10                  **UNITED STATES DISTRICT COURT**

11                 **EASTERN DISTRICT OF CALIFORNIA**

12                     **SACRAMENTO DIVISION**

13

14  ROYAL NEIGHBORS OF AMERICA,        )  Case No. 11 CV 2861-JAM-KJN
                                       )
15            Plaintiff,               )
                                       )
16       vs.                           )  **CONSENT ORDER GRANTING**
                                       )  **SUBSTITUTION OF ATTORNEY**
17  DEBORAH BURGETTE and DOES 1-10,    )
                                       )
18            Defendants.              )
                                       )
19  ─────────────────────────────     )

20          Notice is hereby given that, subject to approval by the court, Deborah Burgette, substitutes

21  E. Gerard Mannion, State Bar #77287; Wesley M. Lowe, State Bar # 111761; and Demián I.

22  Oksenendler, State Bar #233416, as counsel of record in place of Deborah Burgette.

23          Contact information for new counsel is as follows:

24          MANNION & LOWE

25          655 Montgomery Street, Suite 1200

26          San Francisco, California  94111

27          Telephone: (415) 733-1050

28          Facsimile:  (415) 434-4810

                                    1

Consent Order Granting Substitution of Attorney

1  E. Gerard Mannion Email: gerry@mannionlowe.com

2  Wesley M. Lowe Email: wes@mannionlowe.com

3  Demián I. Oksenendler Email: demian@mannionlowe.com

4

5  I consent to the above substitution.

6  Dated:   December 14, 2011                By:_____/s/_____
                                                  DEBORAH BURGETTE
7                                                 Defendant in Pro Se

8  I consent to being substituted.

9  Dated:   December 14, 2011                By:_____/s/_____
                                                  DEBORAH BURGETTE
10                                                Defendant in Pro Se

11  I consent to the above substitution.

12  Dated:   December 14, 2011                MANNION & LOWE
                                             A Professional Corporation
13

14                                           By:_____/s/_____
                                                  E. Gerard Mannion
15                                                Attorneys for Defendant
                                                  DEBORAH BURGETTE
16

17  I consent to the above substitution.

18  Dated:   December 14, 2011                MANNION & LOWE
                                             A Professional Corporation
19

20                                           By:_____/s/_____
                                                  Wesley M. Lowe
21                                                Attorneys for Defendant
                                                  DEBORAH BURGETTE
22

23  I consent to the above substitution.

24  Dated:   December 14, 2011                MANNION & LOWE
                                             A Professional Corporation
25

26                                           By:_____/s/_____
                                                  Demián I. Oksenendler
27                                                Attorneys for Defendant
                                                  DEBORAH BURGETTE
28

2

1    The substitution of attorney is hereby approved and so ORDERED.

2

Dated:    12/15/2011                                    /s/ John A. Mendez

3                                                        Hon. John A. Mendez
                                                         Judge of United States District Court

4

5

6
C:\Documents and Settings\HVine\Desktop\11cv2861.o.121511.wpd
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Consent Order Granting Substitution of Attorney