E. Gerard Mannion (State Bar #77287)
Email: gerry@mannionlowe.com
Wesley M. Lowe (State Bar # 111761)
Email: wes@mannionlowe.com
Demian Oksenendler (State Bar # 233416)
Email: demian@mannionlowe.com
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Defendant
DEBORAH BURGETTE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ROYAL NEIGHBORS OF AMERICA, | Case No. 11 CV 2861-JAM-KJN |
| Plaintiff, | **SECOND STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING; ORDER** |
| vs. | |
| DEBORAH BURGETTE and DOES 1-10, | **[Local Rule 144(a)]** |
| Defendants. | |

## STIPULATION

Whereas, on November 30, 2011, plaintiff Royal Neighbors of America and defendant Deborah Burgette entered into an initial stipulation to extend time to file responsive pleading, extending time from December 1, 2011 to December 15, 2011.

Whereas, on December 14, 2011, defendant Deborah Burgette, appearing in Pro Se, substituted Mannion & Lowe as her attorneys of record, and submitted Consent Order Granting Substitution of Attorney.

Whereas, plaintiff Royal Neighbors of America and defendant Deborah Burgette, through the undersigned, their attorneys of record, stipulated that defendant Deborah Burgette shall have up to and including January 6, 2012, within which to file a responsive pleading to the complaint of

plaintiff Royal Neighbors of America in order to accommodate a request by Mannion & Lowe for a further extension as they had just been retained to represent defendant.

Whereas, if the extension up and including January 6, 2012 is not granted by the court, then the parties stipulate that defendant Deborah Burgette shall have up to and including December 29, 2011 (an additional fourteen (14) days from the initial stipulation to extend time to file responsive pleading) to file a responsive pleading to the complaint.

Dated:   December 14, 2011          GORDON & REES LLP


                                    By: /s/ Douglas A. Scullion as authorized on 12/14/11
                                        DOUGLAS A. SCULLION
                                        Attorneys for Plaintiff
                                        ROYAL NEIGHBORS OF AMERICA


Dated:   December 15, 2011          MANNION & LOWE
                                    A Professional Corporation


                                    By:   /s/ Wesley M. Lowe
                                        WESLEY M. LOWE
                                        Attorneys for Defendant
                                        DEBORAH BURGETTE


## ORDER

Based on the foregoing Stipulation, the extension is granted and defendant's time to file a responsive pleading to the complaint is extended to January 6, 2012.

IT IS SO ORDERED.


Dated:   12/15/2011                 /s/ John A. Mendez
                                    United States District Court
                                    JUDGE JOHN A. MENDEZ


C:\Documents and Settings\HVine\Desktop\11cv2861.o.121511.wpd

Second Stipulation to Extend Time to File Responsive Pleading; Order [Proposed]