1  E. Gerard Mannion (State Bar #77287)
   Email: gerry@mannionlowe.com
2  Wesley M. Lowe (State Bar # 111761)
   Email: wes@mannionlowe.com
3  Demian Oksenendler (State Bar # 233416)
   Email: demian@mannionlowe.com
4  MANNION & LOWE
   655 Montgomery Street, Suite 1200
5  San Francisco, California 94111
   Telephone: (415) 733-1050
6  Facsimile: (415) 434-4810

7  Attorneys for Defendant
   DEBORAH BURGETTE
8

9             UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                 SACRAMENTO DIVISION

12

13 ROYAL NEIGHBORS OF AMERICA,          )  Case No. 11 CV 2861-JAM-KJN
                                        )
14        Plaintiff,                    )  **SECOND STIPULATION TO EXTEND
                                        )  TIME TO FILE RESPONSIVE PLEADING;
15     vs.                              )  ORDER**
                                        )
16 DEBORAH BURGETTE and DOES 1-10,      )  **[Local Rule 144(a)]**
                                        )
17        Defendants.                   )
                                        )
18 _____

19                     **STIPULATION**

20        Whereas, on November 30, 2011, plaintiff Royal Neighbors of America and defendant

21 Deborah Burgette entered into an initial stipulation to extend time to file responsive pleading,

22 extending time from December 1, 2011 to December 15, 2011.

23        Whereas, on December 14, 2011, defendant Deborah Burgette, appearing in Pro Se,

24 substituted Mannion & Lowe as her attorneys of record, and submitted Consent Order Granting

25 Substitution of Attorney.

26        Whereas, plaintiff Royal Neighbors of America and defendant Deborah Burgette, through

27 the undersigned, their attorneys of record, stipulated that defendant Deborah Burgette shall have up

28 to and including January 6, 2012, within which to file a responsive pleading to the complaint of

1  plaintiff Royal Neighbors of America in order to accommodate a request by Mannion & Lowe for a
2  further extension as they had just been retained to represent defendant.
3       Whereas, if the extension up and including January 6, 2012 is not granted by the court, then
4  the parties stipulate that defendant Deborah Burgette shall have up to and including December 29,
5  2011 (an additional fourteen (14) days from the initial stipulation to extend time to file responsive
6  pleading) to file a responsive pleading to the complaint.

8  Dated:   December 14, 2011          GORDON & REES LLP

10                                     By: /s/ Douglas A. Scullion as authorized on 12/14/11
                                           DOUGLAS A. SCULLION
11                                         Attorneys for Plaintiff
                                           ROYAL NEIGHBORS OF AMERICA

14  Dated:   December 15, 2011         MANNION & LOWE
                                       A Professional Corporation

16                                     By:   /s/ Wesley M. Lowe
                                             WESLEY M. LOWE
17                                           Attorneys for Defendant
                                             DEBORAH BURGETTE

20                                     **ORDER**
21       Based on the foregoing Stipulation, the extension is granted and defendant's time to file a
22  responsive pleading to the complaint is extended to January 6, 2012.
23       IT IS SO ORDERED.

25  Dated:   12/15/2011                /s/ John A. Mendez
                                       United States District Court
26                                     JUDGE JOHN A. MENDEZ

28  C:\Documents and Settings\HVine\Desktop\11cv2861.o.121511.wpd

Second Stipulation to Extend Time to File Responsive Pleading; Order [Proposed]