E. Gerard Mannion (State Bar #77287)
Email: gerry@mannionlowe.com
Wesley M. Lowe (State Bar # 111761)
Email: wes@mannionlowe.com
Demian Oksenendler (State Bar # 233416)
Email: demian@mannionlowe.com
MANNION & LOWE
655 Montgomery Street, Suite 1200
San Francisco, California 94111
Telephone: (415) 733-1050
Facsimile: (415) 434-4810

Attorneys for Defendant and Counterclaimant
DEBORAH BURGETTE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ROYAL NEIGHBORS OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEBORAH BURGETTE and DOES 1-10,<br><br>Defendants.<br><br>DEBORAH BURGETTE,<br><br>Counterclaimant,<br><br>vs.<br><br>ROYAL NEIGHBORS OF AMERICA,<br><br>Counterdefendant. | Case No. 11 CV 2861-JAM-KJN<br><br>**CORRECTED JOINT STIPULATION AND ORDER TO MODIFY STATUS AND SCHEDULING ORDER** |

///

///

///

///

1

1    Defendant and Counterclaimant Deborah Burgette ("Defendant") and Plaintiff and
2 Counterdefendant Royal Neighbors of America ("Plaintiff"), by and through their undersigned
3 counsel hereby enter into this joint stipulation for the modification of the Scheduling Order and a
4 continuance of the trial date, in accordance with Local Rule 143.
5    The parties have engaged in written discovery, and Ms. Burgette has been deposed. Both
6 sides agree that it is the optimal time to discuss settlement in the hopes of resolving this case before
7 incurring extensive litigation costs on dispositive motions, additional discovery and trial
8 preparation. Towards that end, the parties have agreed to hire Retired Superior Court Judge Ellen
9 Sickles James of JAMS in San Francisco to conduct a full day mediation with the parties in April,
10 2013.
11    The parties hereby jointly request that the Court amend its April 20, 2012 Status and
12 Scheduling Order to permit the parties to try to resolve this case through mediation. For good cause
13 shown, the parties respectfully request a modification and continuance of approximately 60 days of
14 the deadlines included in the Court's original Status and Scheduling Order.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The parties stipulate as follows:

1. The trial, originally set for August 26, 2013 at 9:00 a.m. will be set for <u>November 4, 2013</u> at 9:00 a.m.

2. The Pretrial Conference will be held on September 13, 2013 at 11:00 a.m. The joint pretrial statement to be filed on or before September 6, 2013.

3. Dispositive motions shall be filed on or before June 26, 2013 and noticed for hearing on July 24, 2013 at 9:30 a.m. in Courtroom #6.

4. Non-expert discovery will be cut off on May 10, 2013.

5. Experts will be disclosed by May 17, 2013.

6. Rebuttal/Supplemental Experts will be disclosed by May 31, 2013.

7. Depositions of experts will be completed by June 20, 2013.

8. Mediation shall take place no later than April 30, 2013.

Respectfully submitted:

Dated: March 18, 2013     MANNION & LOWE
A Professional Corporation

By:    /s/
E. GERARD MANNION
Attorneys for Defendant and Counterclaimant
DEBORAH BURGETTE

Dated: March 18, 2013     SNR DENTON US LLP

By:    /s/
DOUGLAS A. SCULLION
ANNA RASSOULI
Attorneys for Plaintiff and Counterdefendant
ROYAL NEIGHBORS OF AMERICA

3

Corrected Joint Stipulation and [Proposed] Order to Modify Status and Scheduling Order

1  IT IS SO ORDERED.

2  Date:  3/18/2013                    /s/ John A. Mendez
                                       JOHN A. MENDEZ
3                                      United States District Court Judge

Corrected Joint Stipulation and [Proposed] Order to Modify Status and Scheduling Order