DOUGLAS A. SCULLION (State Bar No. 215339)
doug.scullion@dentons.com
ANNA RASSOULI (State Bar No. 260911)
anna.rassouli@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Plaintiff/Counterdefendant
ROYAL NEIGHBORS OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROYAL NEIGHBORS OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEBORAH BURGETTE and DOES 1 – 10,<br><br>　　　　Defendant. | CASE NO.-2:11-cv-02861-JAM-KJN<br><br>**STIPULATION OF DISMISSAL [F.R.C.P. 41(a)]** |
| DEBORAH BURGETTE,<br><br>　　　　Counterclaimant,<br><br>　vs.<br><br>ROYAL NEIGHBORS OF AMERICA,<br><br>　　　　Counterdefendant | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterdefendant Royal Neighbors of America and Defendant and Counterclaimant Deborah Burgette (together, the "Parties"), hereby submit this Stipulation of Dismissal.

1.  The Parties stipulate that the above captioned action and counterclaim be DISMISSED in their entirety WITH PREJUDICE.

2. The Parties stipulate that each side shall bear its own fees and costs incurred in connection with the above captioned action and counterclaim.

IT IS SO STIPULATED.

Dated: May 8, 2013   DENTONS US LLP


By    /s/ Douglas A. Scullion
    DOUGLAS A. SCULLION
    ANNA RASSOULI

Attorneys for Plaintiff/Counterdefendant
ROYAL NEIGHBORS OF AMERICA

Dated: May 8, 2013   MANNION & LOWE
A Professional Corporation


By    /s/ E. Gerard Mannion
    E. GERARD MANNION

Attorneys for Defendant/Counterclaimant
DEBORAH BURGETTE

**IT IS SO ORDERED.**

DATED: May 8, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and methods of service noted below, a true and correct copy of

**STIPULATION OF DISMISSAL [F.R.C.P. 41(a)]**

was served electronically through CM/ECF:

E. Gerard Mannion, Esq.
Wesley M. Lowe, Esq.
Demian Oksenendler, Esq,
ATTORNEYS FOR DEFENDANT/COUNTERCLAIMANT
DEBORAH BURGETTE

DATED: May 8, 2013

                                              /s/Douglas A. Scullion
                                              DOUGLAS A. SCULLION

DENTONS US LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000